IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>MATTHEW LOPES REVENUE<br>OFFICER, INTERNAL REVENUE<br>SERVICE | :<br>:<br>:<br>: | CIVIL ACTION No. 11-6591<br>CIVIL ACTION No. 11-6592 |
| v. | : | |
| MICHAEL J. AMABILE | : | |

**<u>ORDER</u>**

AND NOW, this 4th day of June, 2012, upon consideration of the United States of America's Motion to Enforce a Court Order (Dkt. No. 43) and defendant Michael J. Amabile's response thereto (Dkt. No. 45), it is ORDERED that the United States of America's motion is GRANTED and the parties shall appear at a hearing regarding Mr. Amabile's failure to comply with the December 20, 2011 and April 12, 2012 Orders of this Court on Tuesday, June 26 at 10:00 a.m. in Courtroom 4A of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Further, upon consideration of defendant Michael J. Amabile's: (1) Affidavit Filed in Support of His May 22, 2012 Letter Informing the Court that Plaintiffs and Their Alleged Attorneys Susan R. Becker, Mary Catherine Frye, and Margaret L. Hutchinson May Have Engaged in Witness Tampering in Violation of 18 U.S.C. § 1512(a)(2)(A) and (b)(1) (Dkt. No. 46); (2) Follow-Up Letter to the Court Requesting that the Court Identify on the Record All Facts That Were Silently Judicially Noticed (Dkt. No. 47); (3) Letter of Inquiry to the Court Requesting Senior Judge Thomas N. O'Neill, Jr. to Confirm That Since His Appointment As a U.S. District Court Judge and a Senior Judge, He Has Obeyed and is Obeying the Residence

Requirement of 28 U.S.C. § 134 (Dkt. No. 48); and (4) 2nd Memorandum of Law Filed in Opposition to Plaintiff's Proposed Order and Combined Motion (Dkt. No. 49), it is ORDERED that all of the above-listed pleadings are DENIED.

                                                                                _s/Thomas N. O'Neill, Jr._
                                                                                THOMAS N. O'NEILL, JR., J.